**Order filed February 19, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00767-CR
_____

**CURTIS ELL WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1372505**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibit 1, a video.**

The clerk of the 183rd District Court is directed to deliver to the clerk of this court the original of State's exhibit 1, a video, on or before **March 5, 2015.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 1, a video, to the clerk of the 183rd District Court.

PER CURIAM